IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED
AUG 0 3 2020
Clerk, U S District Court
District Of Montana
Billings

| UNITED STATES OF AMERICA, | CR 20-67-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| CAMERON SEAN ALLSHOUSE, | |
| Defendant. | |

Pending before the Court is the motion of the United States of America to dismiss with prejudice the indictment. (Doc. 17.) For good cause shown,

IT IS ORDERED that the indictment is dismissed with prejudice.

DATED this ___3rd___ day of August, 2020.

　　　　　　　　　　　　　　　　*Susan P. Watters*
　　　　　　　　　　　　　　　　SUSAN P. WATTERS
　　　　　　　　　　　　　　　　United States District Judge

1